UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON
JUN 3 0 2014

PER_____
DEPUTY CLERK

| | | |
|---|---|---|
| CETEWAYO FRAILS, | : | |
| Petitioner | : | |
| v. | : | CIVIL NO. 3:CV-10-1971 |
| JON FISHER, | : | (Judge Kosik) |
| Respondent | : | |

## ORDER

**NOW, THIS 30th DAY OF JUNE, 2014,** in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The petition for writ of habeas corpus is **denied**.

2. The Clerk of Court is directed to **close this case**.

3. There is no basis for the issuance of a certificate of appealability.

_____
EDWIN M. KOSIK
United States District Judge