UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CETEWAYO FRAILS, :
        Petitioner :
   v. : CIVIL NO. 3:CV-10-1971
JON FISHER, : (Judge Kosik)
        Respondent :

## ORDER

**AND NOW, THIS 12th DAY OF FEBRUARY, 2015,** it is hereby **ORDERED** as follows:

1. Counsel's motion for leave to withdraw as attorney (Doc. 36) is **granted**. The Clerk of Court is directed to reflect on the docket that Teri B. Himebaugh is no longer representing Petitioner in this action, and to reflect Petitioner's current address at SCI-Smithfield on the docket for purposes of all future mailings from the court.

2. Petitioner's motion for reconsideration (Doc. 33) is **denied**.

                                            s/Edwin M. Kosik
                                            EDWIN M. KOSIK
                                            United States District Judge