# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CETEWAYO FRAILS,** | : | |
| Petitioner | : | 3:10-CV-1971 |
| v. | : | (JUDGE MANNION) |
| **JON FISHER,** | : | |
| Respondent | : | |

## ORDER

For the reasons articulated in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) Frails's motion for relief of judgment pursuant Fed.R.Civ.P. 60(b) seeking to re-open his habeas petition under 28 U.S.C. §2254, (Doc. 42), is **DENIED IN ITS ENTIRETY**; and

(2) Frails's request for an evidentiary hearing is **DENIED AS MOOT**.

(3) The Clerk is directed to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: October 13, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2010 MEMORANDA\10-1971-01-ORDER.wpd